1  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
2  MATTHEW D. POWERS (S.B. # 212682)
   mpowers@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California 94111-3823
   Telephone:    (415) 984-8700
5  Facsimile:    (415) 984-8701

6  *Attorneys for Defendant*
   *Apple Inc.*

   **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
   Joel D. Smith (State Bar No. 244902)
   1990 North California Blvd., Suite 940
   Walnut Creek, CA 94596
   Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
   Email: ltfisher@bursor.com
          jsmith@bursor.com

   **BURSOR & FISHER, P.A.**
   Philip L. Fraietta (*Pro Hac Vice* Forthcoming)
   888 Seventh Avenue
   New York, NY 10019
   Telephone: (646) 837-7150
   Facsimile: (212) 989-9163
   Email: pfraietta@bursor.com

   *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LUCILA BAPTISTE and FREDERICK RAMOS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 4:22-cv-02888-HSG<br><br>**ORDER REGARDING STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, AND TO ESTABLISH BRIEFING SCHEDULE** |

The Court, having considered Plaintiffs Lucilla Baptiste and Frederick Ramos (collectively "Plaintiffs") and Defendant Apple Inc.'s Stipulation to Extend Time to Answer or Otherwise Respond to the Complaint, and to Establish Briefing Schedule, and the accompanying Declaration of Randall W. Edwards, and finding good cause therefor, hereby **GRANTS** the request. The briefing schedule for Defendant Apple Inc.'s motion to dismiss the First Amended Class Action Complaint will be as follows:

1. Defendant Apple Inc. will respond to the First Amended Class Action Complaint on or before July 26, 2022.

2. Plaintiffs will file any opposition to Defendant Apple Inc.'s motion to dismiss the First Amended Class Action Complaint on or before August 25, 2022.

3. Defendant Apple Inc. will file a reply in support of the company's motion to dismiss the First Amended Class Action Complaint on or before September 8, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/11/2022

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE